**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Jeffery Tyrone Jenkins v. Meridith Jevon Criswell

Appellate case number:  01-20-00682-CV

Trial court case number:  2020-39109

Trial court:  257th District Court of Harris County

Because appellant, Jeffery Tyrone Jenkins, failed to make arrangements for the filing of the clerk's record, this Court issued an opinion and judgment on June 22, 2021, dismissing the appeal. Appellant filed a timely motion for rehearing. The clerk's record was filed on July 7, 2021. The Court requested a response to the motion for rehearing. Although the response was due on September 15, 2021, no response was filed.

Because the clerk's record has now been filed, the Court **grants** appellant's motion, **withdraws** the opinion and judgment issued on June 22, 2021, and **reinstates** the appeal on the active docket.

It is so ORDERED.

Judge's signature: ___Justice Peter Kelly_____
                    ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Guerra, and Farris.

Date:  _September 28, 2021_____